**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

BILLY JOSEPH FAYE                                    CIVIL ACTION

VERSUS                                                      NO. 16-17730

DARREL VANNOY, WARDEN                        SECTION "N"(4)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the Chief United States Magistrate Judge, and the objections filed to the

Magistrate Judge's Report and Recommendation filed by the plaintiff on August 28, 2017 (Rec.

Doc. No. 18), hereby approves the Report and Recommendation of the Chief United States

Magistrate Judge and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that Billy Joseph Faye's petition for issuance of a writ of habeas corpus

filed pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 26th day of ___September___, 2017.

KURT D. ENGELHARDT
CHIEF UNITED STATES DISTRICT JUDGE